UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 5:13-123-KKC |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| | ) | |
| JOHNNY JAMES VERDELLE PAYNE, | ) | |
| | ) | |
| Defendant. | ) | |

\*\* \*\* \*\* \*\* \*\*

In accordance with the opinion and order entered on this date, the Court herby ORDERS and

ADJUDGES as follows:

1)  Defendant Johnny James Verdelle Payne's motion to vacate under 28 U.S.C. § 2255 (DE

    434) is DISMISSED;

2)  this judgment is FINAL and APPEALABLE;

3)  a certificate of appealability will not be issued, Payne having failed to make "a

    substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4)  This matter is STRICKEN from the Court's active docket.

   Dated July 25, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY